Chief Judge Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR07-344RSL |
| Plaintiff, | ) | |
| v. | ) | (Proposed) LIMITED PROTECTIVE ORDER |
| CLAY ROUECHE, | ) | |
| Defendant. | ) | |

THIS MATTER comes before the Court on the government's motion for a limited protective order regarding five attachments to the government's sentencing packet. Having considered the entirety of the record and files herein, the Court finds that based upon the motion of the government, and noting that the defendant does not object, and for good cause shown,

IT IS HEREBY ORDERED that the five specific documents provided to the defendant which includes: two Affidavits, two Declarations and one Grand Jury shall not be reproduced or disseminated by defense counsel.

IT IS HEREBY FURTHER ORDERED that the defendant, defense counsel, and others to whom disclosure may be necessary to assist with the preparation of the defense,

PROTECTIVE ORDER
ROUECHE/CR07-344 RSL – Page 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

shall not disclose the contents of the documents listed in this order other than as necessary for the preparation and presentation of their defense at trial and in subsequent related proceedings, if necessary.

Dated this \_\_\_\_\_ day of_____, 2009.

_____
ROBERT S. LASNIK
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

*s/ Susan M. Roe*
SUSAN M. ROE
Assistant United States Attorney
WSBA 13000
United States Attorney's Office
700 Stewart, Suite 5220
Seattle, Washington 98101-1271
Telephone: (206) 553-1077
Fax: (206) 553-4440
E-mail: Susan.Roe@usdoj.gov

*s/ Roger S. Rogoff*
ROGER S. ROGOFF
Assistant United States Attorney
WSBA #23362
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Telephone: (206) 553-4330
Fax: (206) 553-4440
E-mail: Roger.Rogoff@usdoj.gov

PROTECTIVE ORDER
ROUECHE/CR07-344 RSL – Page 2

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970