UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA, )
)                 NO. CR07-0344 RSL
            Plaintiff, )
)
    v. )                 GOVERNMENT'S SENTENCING
)                 MEMORANDUM
CLAY ROUECHE, )
)
            Defendant. )
)
_____)

# EXHIBIT 4:

# MISCELLANEOUS MATERIALS

# EXHIBIT 4
## MATERIALS

1. Picture of UN Gang

2. Picture of UN Gang with numbers assigned

3. Copies of UN documents found in search of Roueche apartment

4. Pictures of UN Gang Jewelry seized from him at arrest

5. Report of Letter from CFSEU regarding what was found in search of Roueche's apartment

6. ATF record of gun sale

7. Receipts for gun sale between Abdul Salaam and Birgis Darrow Brooks

8. News Article about James Coulter

9. Newspaper Article about Michael Gordon

10. Seattle Police Department Report Fews and Cameron

11. Picture of UN gravesite

12. Picture of Roueche and Joe Curry at UN gravesite





#49
1 $24















WARRIOR VIRTUES
ISCIPLINE
EDICATION
UTY
RUTH
ONOR
ESPECT
NTEGRITY
OVE
OYALTY



U.N.

**Originally it was G'S from different nationality's.**
Vietnamese, chinese, japanese, with white G's black dudes with
**attitudes laos and thai dudes that will thai box you .Jealousy and**
envy come s from our enemies. Racists made a stand to get bitch
**slapped by our hand. When ever our enemies rise they would see a**
quick demise. You see when it comes to war we no how to settle the
**score. You see we have lots of different size for all different times.**
Huge dudes to scare you and little dudes to take care of you. Our big
**dude protect our little dudes. We have hard core little dudes that do**
crazy things to big dudes that disrespect our huge. Together we come
**forward like lions and coyotes making a pact to attack from every**
possible angle no way to defend as soon as you try to block you get hit
**again.You might think its not fair maybe want to settle the score until**
you get hit some more then you will run for the door . When they
**come with fists we come with bats if they bring bats we blast some**
caps fuck that we will blast from the beginning were always winning
**winning at all cost losing is not an option . If failure seems possible we**
will pretend were weak until they come forward thinking they won
**when all of a sudden their done. Never assume because we will make**
hamburger out of you. You see we now how to play, you will do what
**we want play into our plan so we can beat your ass again. Victory is**
respected thats why we always get elected. You see we know how to
**stick together thats why wer e united together and we'll stand strong**
forever.









# 武士道 *BUSHIDO*

## "THE WAY OF THE WARRIOR"











**Combined
Forces
Special
Enforcement
Unit
British
Columbia**

*Mailing Address:*
*P.O. Box 42529*
*New Westminster, B.C.*
*V3M 6H5*
*Telephone: (604) 777-7800*
*Fax: (604) 777-7920*

Susan M. ROE                                                                2008-05-22
Assistant United States Attorney
700 Stewart Street, Suite 5520
Seattle, Washington
98101-1271

Re: Clayton Franklin ROUECHE (DOB 1975May31)

As a result of the arrest of ROUECHE in Dallas, Texas, on May 17, 2008, the Combined Forces Special Enforcement Unit of British Columbia (CFSEU-BC) offers the following information with respect to Mr. ROUECHE.

ROUECHE has been the subject of a Canadian law enforcement investigation, led by CFSEU-BC, since approximately September, 2006. As a result of this investigation, which is ongoing, the following has been determined:

- It is believed that ROUECHE is the leader of a criminal organization named the United Nations (U.N.) Gang, which is primarily located in the Lower Mainland of British Columbia. It has also been determined that the U.N. Gang has a presence in, and has developed criminal alliances with groups in; Calgary, Alberta; Toronto, Ontario; and Montreal, Quebec. The U.N. Gang is a multi-ethnic gang with a suspected membership of between 50-100 male individuals and numerous other associates.

- We have evidence to support that ROUECHE is a high level drug trafficker involved in trafficking, producing, importing, and exporting large quantities of a variety of illegal drugs including: marihuana, ecstasy, cocaine, and methamphetamine and its precursor chemicals. ROUECHE has international drug trafficking connections with trusted associates in the United States, Mexico, and South America.

- On 2008-05-17/18, a search warrant was executed by investigators from CFSEU-BC at the residence of ROUECHE in Coquitlam, B.C. (a suburb within Greater Vancouver), in relation to our ongoing investigation. The following items were located and seized:

> - a loaded Glock 9mm handgun (illegally possessed and illegally stored)
> - two balaclava masks, pepper spray, handcuffs, and night vision goggles (alongside the firearm above)
> - drug "score sheets" indicating the purchase/sale of approximately $875,000 worth of (believed to be) cocaine
> - evidence supporting the existence of the U.N. Gang since May 31, 1997

*In Partnership with Abbotsford Police Department, Central Saanich Police Service, Delta Police Department, New Westminster Police Service, Oak Bay Police Department, Organized Crime Agency of British Columbia, Port Moody Police Department, Royal Canadian Mounted Police, Saanich Police Department, Vancouver Police Department, Victoria Police Department, West Vancouver Police Department.*

- an extensive profile package of Will Wright (a subject in the LeCLERC investigation)

- ROUECHE has a criminal record in Canada for Assault (conviction registered October 15, 2007).

- It is believed that ROUECHE has no legitimate source of income or employment, and that the majority of his income is derived from criminal activity. Evidence gathered supports that he leads an extravagant, criminal lifestyle.

- ROUECHE lives in a residence that has an assessed value of $372,000, and was purchased by ROUECHE in August, 2007, for $443,000. He also owns and operates an **armored** 2001 Lincoln Navigator and leases a 2006 BMW 750IL.

As a result of CFSEU-BC's ongoing investigation, serious criminal charges against ROUECHE (for indictable offences) will be proposed to Crown Counsel in British Columbia for approval.

If you require more information, do not hesitate to contact:


Inspector Andy RICHARDS
CFSEU-BC
604-777-7894

# DEPARTMENT OF JUSTICE
## BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
## NATIONAL TRACING CENTER
Phone: (800) 788-7133   Fax: (800) 578-7223
Print Date: June 03, 2008



## FIREARMS TRACE SUMMARY

Trace Number: T20080123408          Request Date: 05/26/2008

W.A.(BILL) MCDOUGALL
NCO - FIREARMS TRACING UNIT
RM 508 NPS BLDG 1200 VANIER
OTTAWA, ON K1A 0R2 CANADA

Badge No: 35150
Investigation No: 2008584462

### PURCHASER INFORMATION

Purchase Date:     06/20/1998

ABDUL SHAHEED SALAAM
4815 SW 115TH STREET CT APT G
TACOMA, WA 98499
UNITED STATES

DOB: 09/19/1970
POB: NEPTUNE, NJ UNITED STATES

Race: BLACK                 Height: 6 ft 0 in
Sex: Male                   Weight: 190 lbs
ID 1: WA   DRIVER'S         #: SALAAAS305QR
          LICENSE
ID 2: WA   CONCEALED        #: E107781
          WEAPON PERMIT

### FIREARM INFORMATION

Manufacturer: GLOCK GMBH
Model: 19
Calibur: 9
Serial Number: AMS421US
Type: PISTOL
Country: AUSTRIA
Importer: GLOCK INC, SMYRNA GA
Obliterated:
Identifying Marks:
NIBIN:
Gang Name:

### RECOVERY INFORMATION

Recovery Date:    05/23/2008
Time to Crime:    3625 days

COQUITLAM, BC
CANADA
Possessor:

DOB:
POB:

### DEALER INFORMATION

FFL Number:       99134505

RAINIER GUNS
10505 BRIDGEPORT WAY SW
LAKEWOOD, WA 98499
Phone:  (253) 584-8560    Ship Date:    05/12/1998

### ADMINISTRATIVE INFORMATION

## SUMMARY OF RESULTS

THIS FIREARM WAS TRACED TO AN INDIVIDUAL PURCHASER.

The information in this report must be validated prior to use in any criminal proceedings. This report does not constitute a fulfillment of the Interstate Nexus requirement in any Federal, State or Administrative legal process or litigation. That expert testimony or interstate Nexus determination is made through trained experts who must be contacted at the local ATF Field Office or Field Division Directorate.

### Sensitive but Unclassified - For Official Use Only

6-20-0

I Abdul Salaam Sell m
Desert Eagle 44 Mag S.N.
98764 to Darion Brooks





6-20-0

I Abdul Salaam Sell my
Romarm AK47 SN. S1-5803
2002 to            Deven Brooks



6-20-0

I Abdul Salaam Sell my
Glock 19 SN AMS421 to
Darrow Brooks

*Abdul Salaam*

*Darrow Brook*

# Reformed United Nations gangster recalls vice and virtues of lifestyle

**BY KIM BOLAN, VANCOUVER SUN**    FEBRUARY 28, 2009



Former UN gang member James Coulter now works in the Downtown Eastside as an addiction counsellor.
**Photograph by:** Ian Smith, Vancouver Sun

James Coulter vividly remembers the week he spent in a Mission basement in 2004, reeling from crack cocaine withdrawal, chained to the centre beam of the rented house.

He screamed. He smashed everything he could reach. He had a plastic bucket as a toilet, an air mattress on concrete, and a small television for entertainment. He was guarded day and night.

"I'll tell you what, I cracked that centre beam. I flipped. The chain was about six feet long and anything in that six feet vicinity was destroyed," he recalled in a recent interview. "I was mad at first, I was really mad — tough love, right?"

Coulter, 34, was an original member of the United Nations gang and a close friend of its founder, Clay Roueche, who is now in a Seattle jail awaiting trial for allegedly leading an international cocaine and marijuana smuggling ring.

It is Roueche — with whom Coulter no longer has contact — he credits with saving his life with the crude, but effective, intervention.

"He came by and sat with me for hours every day. He sat with me and let me know it was going to be OK," Coulter said. "After a week, I cried and begged them to let me off the chain and they did. They took me upstairs to a carpeted bedroom. It had a nice king-size bed. They chained the door up every

night so I couldn't get out."

Roueche made sure Coulter was watched for three months — the first month in Mission — and the last two in a luxury penthouse in downtown Vancouver.

"I still had a 24-hour-a-day babysitter. Clay paid for a 24-hour-a-day babysitter for me for three months. After that I was feeling good," Coulter said.

"Clay had a very big heart. I will never forget how he helped me get out of addiction. I will never forget — he put a lot of money and a lot of time into getting me clean; I didn't really notice it at the time — how much love he was putting into me. But I do now."

Some may cringe at Coulter's sympathetic portrayal of an infamous gang leader and wonder why he and other young men are lured into the criminal underworld, where they risk death or jail before they turn 30.

But Coulter, who spent nearly a decade in one of the most notorious upstart gangs in B.C. history, bluntly explains the allure and trappings of his former life: from power, fame, wealth and loyal friendships to drug addiction and near death.

Now he has fought through his substance abuse and left behind a life of crime. He is completing an addictions counsellor program and working with others battling his old demons in Vancouver's Downtown Eastside.

And he is speaking out after watching a staggering level of violence over the last year, including slayings of his former UN brethren and associates.

"I know that if I was still in the gang I would be dead today. I know that."

He watched his best buddy and UN mate Evan Appell die of a drug overdose in 2005.

Close friend and UN stalwart Elliott "Taco" Castenada was gunned down in Mexico last July. He worked out at the same gym as real-estate agent Mike Gordon, a UN associate shot to death in Chilliwack last August. And Coulter knew gang member Duane Meyer, who was executed on the steps of an Abbotsford house on May 9, 2008.

Then there was the high-profile arrest of Roueche in Texas 10 months ago, after he was refused entry to Mexico. Coulter learned of his former leader's fate from news reports.

"I was at Evan Appell's funeral. Me and Evan had matching tattoos right on our chest. It was very sad when he passed. The last funeral I went to was Elliott Castenada's. He was a really good friend of mine too. He was a very fun guy to be around and he had a huge heart and it was really sad, sad to hear

what happened to him. I didn't feel very welcome when I went to the funeral. There were a lot of guys that I didn't recognize."

They were guys who took up the UN mantle after Coulter had left the scene; others died or went to jail.

**'There are fights everywhere!'**

So how did a bunch of boys in the Fraser Valley morph into a criminal organization with international links and under investigation in both Canada and the U.S.?

It wasn't that they sat down and planned it one night, Coulter said.

He had moved to Abbotsford in 1996 after a rough childhood spent in and out of foster care. He met Roueche at a rave in Chilliwack, probably in 1997. "I am not good with dates because of the drug use.

"We'd go to the clubs and stuff. It was just sort of camaraderie at first. We were friends."

A lot of their buddies were Asian — smaller guys — whom Coulter said would get picked on. They began going out with more and more people in tow.

"A couple of us started getting attitudes. There were a couple of assholes in the group that would go looking for fights," he said.

"I remember back in the day, everyone and their dog used to be afraid of anyone who had a Hells Angels shirt and you would tread lightly, you would tiptoe around those people and we were just a bunch of kids and thought, you don't have to be afraid of people. Right? You don't want to be bullied around. Numbers rule. We had a lot of numbers."

The biggest gang brawl came sometime in 2000, Coulter says, a week after some of the group got into a fight with Hells Angels supporters in Animals, a nightclub in Abbotsford.

"They said stuff like, 'You guys are all dead, we're coming back next week.' "

So the UN guys organized an impressive group of 60 or 70 and they returned to Animals the following weekend.

"There was only about 15 or 20 of the biker guys there. They called out immediately, so 30 or 40 more of their guys came. I would say it was about 70 of us on about 40 or 45 of them. They called some guys out from Haney and they came to fight."

He heard the bikers say to their reinforcements: "They are a bunch of Asians here and a bunch of guys here and they started shit with us."

The fight was a turning point for the UN.

"I'll never forget. There was the big fight inside. It lasted maybe five minutes. Then everyone started running outside. I remember I came out the front doors and there were probably about five or six different fights happening out on the street and I seen an Abbotsford police officer pull up and he gets out of his car and he's on his walkie-talkie and he's like, 'There's HA! There are fights everywhere!' It was like he had never seen anything like this before. Nor had I. That was one of the bigger fights I had ever been in," Coulter said.

"As soon as the Animals fight happened, our stock began to rise and a lot of people wanted to be a part of what we were."

**'Honour, loyalty, respect.'**

Coulter does not like talking about the group's ideology and ritual, most of it developed and introduced by Roueche. But details have come out in court documents in both Canada and the U.S.

"The gang originated from a group of high school friends in the Chilliwack/Abbotsford area," one Vancouver police affidavit from 2007 said. "In the early days of the UN gang, they were linked to Asian organized crime. Today, the gang has links to outlaw motorcycle gangs, Indo-Canadian and independent organized crime groups as well."

They chose the name United Nations to reflect their cultural diversity, and also as a jab at the Hells Angels' policy of excluding minorities.

Members solved disputes with rivals by organizing fights. They were also big into mixed martial arts competitions and eastern philosophy. UN gangsters wore clothing and jewelry bearing the group's name or the motto: "Honour, loyalty, respect."

Those three words in Chinese characters are tattooed on Coulter's shoulder.

"I liked honour, loyalty and respect. I thought those were good virtues," he said. "You honour your family, you respect others — you treat others the way you want to be treated."

He was presented with two gold bands by the gang — one saying United, the other Nations. When pushed together they mean the member is serious — when apart, they're resting.

"I knew I was part of something before I got the rings. The rings were just labelling it — it was making it bigger," he explained. "We wanted to compare maybe to the HA."

But for Coulter, the sense of belonging was more important than the physical symbols of the UN gang.

"You go to a club with 20, 30, 40 guys and as soon as you get there, you give hugs to everyone — it is like a family right? And that is something I never had. I never had a family. So that was my family. And what I want to do is I want to show kids there is something else. There is a different road that you can take — kids that don't have a chance, that don't have a chance like me."

Coulter neither glosses over the UN's link to the drug trade, nor goes into it in detail.

"Everyone's business is their own business. It wasn't like you make money and you put it in a pot for the group or anything like that."

He had legal jobs: in a warehouse, cooking at the Keg restaurant in Abbotsford, in the kill room at Lilydale poultry.

But by the time he met Roueche, he was already in the "pot-growing scene."

"I just got caught up. I started hanging out with kids with nice cars. And you know, they would go to the gym in the day and that really conflicted with my warehouse hours. And they had a couple of jobs here or there for me and they would say, 'Hey, do you want to learn how to grow? Do a week of work and you'll get a couple of grand.' "

They all had money and spent it. Restaurants every night, fast cars and shopping sprees. Coulter was going through $10,000 a month.

He even put together the cash to open a business in 2001 that could feed off the lifestyle. Platinum Rims in Chilliwack sold all the high-end car toys that gangster boys wanted. He made a lot of money. He got married. He bought a house.

"And my business did really well. It was something I liked — I liked souping up cars. I have always liked it since I was 16. I was good at it. I like to dress cars up and make them unique."

**'More than buddies'**

To police, the UN gang was more than a group of pals who liked to party.

Front-line officers had been aware of Roueche since at least 1994 when he showed up outside a known drug trafficking house in Abbotsford in a black Jeep.

He had nothing on him and they couldn't arrest him despite their suspicions. Rouche was amicable. He even showed them a Chinese tattoo on his back, which he said meant "blood brothers forever."

By 1997, a Chilliwack RCMP officer started hearing about a gang calling itself the UN. She created an intelligence file and exchanged notes with her municipal counterparts in Abbotsford. Coulter's name

was on the first list with Roueche at the top.

While police believed Roueche was leader at the street level, there was also supposition — which remains today — that the gang had higher-level Asian suppliers giving it access to kilos of cocaine, much larger quantities than other Valley dealers.

The money was good. The gang was running five or six dial-a-dope lines each earning thousands a shift, two shifts a day.

Police watched them partying. They would hear Roueche laughing in clubs and restaurants surrounded by adoring followers.

They also witnessed some of the bar fights between the bikers and the UN that Coulter described. Police worked with the city to get Animals, which had changed its name to Luxor, closed because of the violence. The club went broke after a four-month licence suspension.

**'My eye was swollen shut'**

Coulter was muscle for the UN. He prefers to think of his former role as "mediator;" he'd be sent out to resolve disputes between other gangs and the UN. But he did a lot of fighting and much of it was in bars and clubs.

"I was pretty wild," he admits. "I did a lot of mediation, you know. We would go to the bar — my job. I tried to be friendly with everyone. I would go to the gym every day. I took a lot of steroids. I got big. I reached probably about 220 pounds [he is five feet, 10 inches tall]. When we would go out, I would just help my friends because most of my friends were smaller than me. I would fight whoever."

It was stressful. Always looking over your shoulder, wondering what was coming next.

He started using drugs in early 2004.

"It started slowly. I started using E — ecstasy — just to stay awake and stay balanced because when you take ecstasy and you drink, it sort of counter-balances, you don't get high from ecstasy and you don't get drunk from drinking. But as soon as the ecstasy wears off, you are super, super-drunk," Coulter said. "Then I just started using crack, just for an extra high. Maybe it was just to take stress away, I don't know.

"I used for probably about six months, really hard."

Roueche, his mentor, "hired a bunch of guys to sort of take care of me for about 30 days, rented a place for me in the sticks near Penticton. I stayed there for about 23 days. I took off from there and kept using for another month, and another group of guys came and took me to a little house in Mission."

That time it worked.

And Coulter was expected to resume his role in the UN.

"I wasn't nearly as wild as I used to be. I was humbled. But I was still a little bit wild. I started some trouble in a bar in Chilliwack — basically I started some trouble with another group of some very powerful sort of guys — and to prevent a war, I had to fight two guys at the same time."

He won't name the two gangsters, who are well-known and still active.

But he was pummelled.

"That is the only time I had ever been beat up. My eye was swollen shut and my head was hurting quite a bit. There was part of my face that I couldn't feel for four or five months later. I had some nerve damage in my face."

The hardest part about the beating was "seeing my friends not stick up for me." To them, avoiding a war was more important than his life. He wanted out.

### 'Karma catches up with you'

He decided he had to leave the country. In his passport photo, he has a black eye.

By then his marriage was over. He had been forced to shut his business. He sold his house, took the money and moved to Costa Rica in spring 2005.

Within a year he was out of cash and forced to return to B.C.

He didn't want to return to the UN, but he wanted a taste of the money again and began shopping around for "jobs."

There was a Harrison Hot Springs man named Daryl Desjardins who offered to help Coulter out.

Desjardins felt that he owed the former UN gangster.

"I was sent to go beat Daryl up once because he was sort of slandering the UN name, saying he was really high up in the group. So I went to go and have a talk with him and talking is all that I did," Coulter said. "And when I came back from Costa Rica, he gave me respect for giving him a warning and just talking to him and just explaining instead of giving him a beating."

Coulter began trucking marijuana for Desjardins. He got caught near Princeton on his second job.

"Karma catches up with you. It was just a simple little thing and it is holding me back in life, which I deserve."

The case is still before the courts and he intends to plead guilty in March.

Desjardins was arrested in June 2006 as part of a helicopter smuggling ring that was clandestinely flying marijuana into the U.S. He pleaded guilty and is now out of prison.

"There are lots of types of addiction in this world, and the one that I was fighting when I came back from Costa Rica was my addiction to my previous life," Coulter said. "The addiction of the money. The addiction of the fame. It is hard to go from going down to Robson every day and buying a $300 to $400 pair of jeans or spending $1,000 in a weekend, or going to the Keg every night, to living off $200 a week or $200 every couple of weeks. It is really, really tough and that's part of the addiction that people don't realize."

**Crime was in his genes**

Michael James Dylan Coulter was predisposed to being a criminal, according to his mother, Bobbi Smoker.

She was a teen mom — a heroin addict — when she got pregnant with James in 1974.

"I gave James up when he was six months old. It was a hard decision, but I mean if you love your child, you are going to do what's best for your child. And I knew at that point that I couldn't really give my child what he needed. So I went around to seven foster homes and I interviewed and him and his older sister — she was in a foster home with them. And I got James back when he was five years old."

The family lived in the Queen Charlotte Islands, where Smoker had remarried. It was a difficult mother-son relationship and James went back into care when he was a young teen. Smoker thinks he liked that foster families had more money to spend on him. Coulter says he fled abuse.

He was in 15 foster homes on Vancouver Island from the age of 13 to 15. He finally ended up living on his own, supported by the ministry. He graduated from Victoria High and moved to Abbotsford.

Smoker is not surprised he got mixed up in gang life. Both she and Coulter's dad struggled with addiction and criminality.

"When I was young, I used to rob banks. I never got caught for robbing banks. I got caught out in jail for other things. And James's father? He was a bank robber. So I mean, he didn't really have a chance. It is in his genes," she said.

She thinks Coulter dwells too much on his childhood, one that was nowhere near as difficult as hers.

"When he was in the first [foster] home, he would come out to jail and visit me in jail, but he doesn't remember all that. He just remembers the bad things that happened and he is going to have to get over that."

She was surprised when he got involved in drugs, considering how much addiction had ravaged the family.

"He got himself clean — the gang was there. They took him away from the drugs for a while, and then he had a relapse, and then the second time he got better."

She is proud of what her son is now doing with his life — studying and giving back to the community.

"I hope he just keeps on getting better. I am glad he is doing what he is doing. Maybe it will change him into being a better person," Smoker said.

"He lost a lot over that. He lost his marriage. He lost part of his life. Being an addict myself, nobody pressures you into it. You do it because everyone else is doing it, to be cool. And he wanted to be in that gang or he wouldn't have been."

Coulter tries to visit his mom regularly at her Chilliwack home.

"My dad passed away about four years ago and my mom is really sick. It is tough for me. I wasn't even given a chance to start out with. I was expected to be a drug addict from birth."

**'Spiritual healing'**

A book by Deepak Chopra changed Coulter. He began to see the possibilities of a life free of his ghosts. Last April, he enrolled in CDI College to train as an addictions and community service worker.

For him, it is all about karma. Drugs sold by the UN gang contribute to the suffering in the Downtown Eastside.

"I know that karma comes around for everybody. I am not trying to hurt anyone. I'm into helping people and I'm into trying to correct some of my bad karma," he said.

"And the way I can do it is by starting down on the Eastside because there are huge problems down there and I definitely feel like I can make a difference."

He struggles still. That struggle enables him to connect with clients during his practicum. He uses a method called "spiritual healing" where he gets them to focus on positive energy.

"A lot of people try to make that change, to change yourself for the better, but it is a constant fight. I'm

glad that I am past that fight part now where I have humbled myself and I am just happy living on peanuts. Going to school was probably one of the toughest things I ever did because I really, really struggled. My rent was $600 a month and I have to come up with $1,200 a month to live. Going to school is tough."

It isn't all rosy.

There is the outstanding charge he must deal with. Last year, the Canada Revenue Agency went after him and other UN gang members, claiming their income was derived from crime. He had an accountant document his earnings and the issue was cleared up.

Earlier this month, he collected his first paycheque for his community work. It was just $122, but he felt good.

"There are a lot of kids who get caught up in the gang life and don't realize that they are hurting people with drugs. They just think about the bigger scale. They just see it as 'I just made $1,000 or $5,000 today.'

"They don't realize that you just got a couple of kids taken away from their mom because she started smoking crack."

kbolan@vancouversun.com

© Copyright (c) The Vancouver Sun

.



# UN gang leader's father defends realtor
## Salesman could have been slain for any reason other than involvement in gang

**Kim Bolan**
Vancouver Sun

*Tuesday, August 26, 2008*

The father of jailed United Nations gang leader Clay Roueche says slain real estate agent Mike Gordon had no worries when the two met just two weeks ago.

Rupert Roueche said Monday he has known Gordon for years and that the Best Bet Realty founder had looked after a number of property sales for him.

"The last time I saw Mike, I had coffee with him two weeks ago. He was just starting a new company up and everything was rolling pretty good," Roueche said in an interview.

"He was our real estate salesman. He sold lots of real estate for me. Certainly it is upsetting. He was a good friend."



CREDIT: Vancouver Sun

The home of the parents of notorious UN gang leader Clayton Roueche, who is in jail in the U.S. awaiting trial on criminal activities.

Gordon, 32, was gunned down last week in Chilliwack. *The Vancouver Sun* revealed that Gordon had bought and sold several properties for Clay Roueche and other members of the notorious UN gang.

Corporate records show Gordon incorporated Best Bet Realty on Aug. 14, 2007 with one business partner who pulled out earlier this year. Gordon is now listed as the sole director of both Best Bet Realty and a spinoff franchising company called Best Bet Realty Systems, founded last April.

Real-estate listing information obtained by *The Sun* shows Gordon acted as realtor for the sale of the Roueche family home in Chilliwack in August 2007.

An agent from Best Bet, Mark LaGrange, was listed as the "owner selling sales rep" on the condo Clay Roueche purchased in Coquitlam in June 2007.

LaGrange refused to comment before hanging up on a Sun reporter.

Doug Vanalstine, another UN gang member charged in the U.S. along with Roueche, currently has his Mission acreage for sale with Best Bet for $898,900, according to property records.

The Best Bet realtor listed on Vanalstine's property, Patti Illy, did not return calls or e-mails Monday.

The property was first listed last October with Best Bet for $1.6 million, but the price was dropped to $1.1 million and on July 31, to the current price for the three-bedroom house on 18 acres.

Vanalstine has not yet been extradited to the U.S. despite being named along with Roueche and fellow UN member Dan Russell, as well as several Americans, in a massive marijuana- and cocaine-smuggling ring that involved purchasing helicopters for cross-border drug transport.

The elder Roueche said his son is being persecuted by police on both sides of the border, as are all Clay's old school friends. He said his son has been held "in the hole" for four months.

"They are after one guy, and that is Clay, my son."

Roueche swore repeatedly when talking about Canadian investigators from the Combined Forces Special Enforcement Unit, which has been investigating the UN gang.

"They all went to school together," Roueche said. "I don't know anything about (the UN). It depends - who is the gang? Who's the gang? You say Clay has made millions and millions of dollars. He doesn't have any money."

He said he was so friendly with Gordon that he agreed to put a large advertising sign for Gordon's Best Bet Realty on his Abbotsford property, which can be seen from the Trans-Canada Highway by passing cars.

Roueche said there is no evidence Gordon, who police have confirmed was linked to the UN gang, was killed because of his organized crime connections.

"It could have been a jealous husband. It could have been anything. He was a good-looking guy," the 65-year-old Roueche said.

"Just because he was known to associate with the guys he went to school with ... everybody assumes, assumes, assumes."

*kbolan@vancouversun.com*

Related links:

Listen to the interview by Kim Bolan with Rupert Roueche, father of Clay Roueche, conducted August 25, 2008. WARNING: Some language in this recording may be offensive.

Read Kim Bolan's blog, The Real Scoop

Download related documents: Pages 1 and Pages 2

Archive: Slain realtor connected to infamous UN gang

Archive: UN gang leader a 'loving son missed by daughters'

# SEATTLE POLICE DEPARTMENT
## INCIDENT REPORT
-6 MAY 2005  04 45

| | |
|---|---|
| ☒ INCIDENT | |
| ☐ INCIDENT AND ARREST | **INCIDENT NUMBER** |
| ☐ ARREST ONLY | 05-184253 |

| | | |
|---|---|---|
| ☒ DO NOT DISCLOSE | ☐ HAZARD TO OFFICER | |
| ☐ NOT DISCUSSED | ☐ DOMESTIC VIOLENCE | |
| ☐ DISCLOSE | ☐ BIAS CRIME | |

THE PERSON MAKING THIS REPORT HEREBY DECLARES THE FACTS HEREIN ARE TRUE AND CORRECT, AND UNDERSTANDS THAT BY FILING A FALSE REPORT, THEY MAY BE SUBJECT TO CRIMINAL PROSECUTION     X

| INCIDENT CLASSIFICATION | TOOL/WEAPON USED | METHOD OF TOOL/WEAPON USE |
|---|---|---|
| Robbery | Gun | brandish |

| LOCATION | FIRM NAME | CENSUS | BEAT |
|---|---|---|---|
| 401 NE Northgate Way | North Gate Mall | 012 | L3 |

| TYPE OF PREMISE (FOR VEHICLES STATE TYPE AND WHERE PARKED) | POINT OF ENTRY |
|---|---|
| Parking Lot | TS/CH ENT-MOD-CLR-RVW |

| DATE/TIME REPORTED | DAY OF WEEK | DATE(S) / TIME(S) OCCURRED | DAY(S) OF WEEK |
|---|---|---|---|
| 5-5-05 2207 | Thursday | 5-5-05 1830  D: 31005 T916 S:561 | Thursday |

☒ PROPERTY STOLEN / RECOVERED (PROPERTY FORM 557.1 MUST BE ATTACHED)   ☐ NOTHING TAKEN   ☐ UNKNOWN AT TIME OF REPORT   ☒ VICTIM FOLLOW-UP LEFT

☒ EVIDENCE SUBMITTED   ☐ FINGERPRINT SEARCH MADE   ☐ FINGERPRINTS FOUND   ☐ LAB EXAM REQUESTED

INJURED - 1
HAS USABLE TESTIMONY - 2
DO NOT DISCLOSE - 3

| CODE | C (PERSON REPORTING, COMPLAINANT)   V (VICTIM)   W (WITNESS) | | | | |
|---|---|---|---|---|---|
| CODE | NAME (LAST, FIRST, MIDDLE) | RACE/SEX/D.O.B. (OPTIONAL) | HOME PHONE | HOURS | 1 ☐ |
| C/V | Fews, Brian Kenneth | W/M/9-5-75 | (604)703-0743 | All | 2 ☒ |
| ADDRESS | | ZIP CODE | WORK PHONE | HOURS | 3 ☒ |
| 45882 Henley AV  Chilliwack BC | | V2P 3J7 | business owner | (604)703-3240 | All |
| CODE | NAME (LAST, FIRST, MIDDLE) | RACE/SEX/D.O.B. (OPTIONAL) | HOME PHONE | HOURS | 1 ☐ |
| W | Cameron, Graig Stanley | W/M/8-30-05 | (604)504-7570 | All | 2 ☒ |
| ADDRESS | | ZIP CODE | OCCUPATION (OPTIONAL) | WORK PHONE | HOURS | 3 ☒ |
| 309-2970 Gladwin Rd  Abbotsford BC | | V2T 5T5 | Student | none | |

**Suspect #1**

| NAME (LAST, FIRST, MIDDLE) | RACE/SEX/D.O.B. | HEIGHT | WEIGHT | HAIR | EYES | SKIN TONE | BUILD |
|---|---|---|---|---|---|---|---|
| Unknown | B/M/40's | 6-00 | 300 | Blk | unk | med | Heavy |
| ADDRESS | HOME PHONE | WORK PHONE | WORK HOURS | OCCUPATION | | EMPLOYER/SCHOOL |
| Unknown | | | | | | |

This copy was prepared by the Seattle Police Department and may not be re-released to any other individual and/or agency or used for any other purpose than stated without the permission of the Seattle Police Department.

| CLOTHING, SCARS, MARKS, TATTOOS, PECULIARITIES, A.K.A. | | RELATIONSHIP TO VICTIM |
|---|---|---|
| Black jeans, leather coat multi colored | | none |

| BATCH. NO. | CHARGE DETAILS (INCLUDE ORDINANCE OR R.C.W. NUMBER WHEN APPLICABLE) | | | |
|---|---|---|---|---|
| | At Large | Agency ICE | Date 11-29-06 | ☐ BOOKED ☐ YSC |
| | | Purpose | | ☐ CITED ☐ KC |

1. ADDITIONAL PERSONS - CODE, NAME, RACE, SEX, D.O.B., ADDRESS, INJURY, HOSPITALIZATION, HOME AND WORK PHONES, HOURS, AND IF DISCLOSURE OF NAME IS PERMITTED
2. ADDITIONAL SUSPECTS - DETAIL INFORMATION IN SAME ORDER AS SUSPECT BLOCK
3. VICTIM'S INJURIES - DETAILS AND WHERE MEDICAL EXAM OCCURRED
4. PROPERTY DAMAGED - DESCRIBE AND INDICATE AMOUNT OF LOSS
5. PHYSICAL EVIDENCE - DETAIL WHAT AND WHERE FOUND, BY WHOM AND DISPOSITION

7. VEHICLE USED BY SUSPECT AND DISPOSITION
NAME, ADDRESS, PHONE NUMBER OF JUVENILE'S PARENT(S)/GUARDIAN(S)
NOTE IF CONTACTED AND IF INCIDENT ADJUSTED
8. LIST STATEMENTS TAKEN AND DISPOSITION
9. RECONSTRUCT INCIDENT AND DESCRIBE INVESTIGATION
10. OUTLINE TESTIMONY OF PERSONS MARKED "HAS USABLE TESTIMONY" ON FRONT.

| ITEM # | |
|---|---|
| 1 | V/PV Holding Corporation, NE Airport Way, Portland OR 97220 no further information |
| 6 | Oregon Lic/ZRZ765, stolen from C/V and Victim.  White Chrysler Town and Country Van rented from AVIS. |
| 9 | On the above date and time I was dispatched to a report of a car jacking.  C/V Fews stated he was parked in the southwest corner of the parking lot of Northgate Mall at approximately 1830 hours.  He and W/Cameron were outside of their rented Van, OR/Lic ZRZ765 smoking a cigarette and listening to music from the Van radio.  Both the complainant and witness stated the suspect, B/M in his 40's wearing black jeans and a multi colored leather coat, approached them and asked for a cigarette.  During this encounter the suspect pulled out what appeared to be a semi auto pistol and demanded the Van as well.  The complainant let the suspect take the Van.
When I asked what they, C/V and W, were doing at the Mall they could not give specifics as to their activities.  I asked why it took so long for them to report the incident C/V stated he did not know the plate |

I HEREBY CERTIFY (DECLARE) UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF WASHINGTON THAT THIS REPORT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF (RCW 9A.72.085)

| PRIMARY OFFICER'S SIGNATURE | SERIAL # | UNIT # | DATE SIGNED | PLACE SIGNED |
|---|---|---|---|---|
| | 6834 | 623 | S-C-05 | SEATTLE, WA |

| PRIMARY OFFICER'S PRINTED NAME | SECONDARY OFFICER | SERIAL | UNIT | APPROVING OFFICER | SERIAL |
|---|---|---|---|---|---|
| J. MORAN | | | | | 5716 |

DISTRIBUTION: PRECINCT ( )   ☐ CRIMES AGAINST PERSONS   ☐ N ☐ S ☐ C JUV   ☐ COURT UNIT   ☐ K-9 UNIT   PAGE 1 OF 3
☐ B ☐ W ☐ S ☐ N CRIMES/PROPERTY   ☐ VICE/NARC   ☐ CRIME ANALYSIS   ☒ OTHER  Robbery

Form 3.37A CS 21.924 Rev. 9/01



### CONTINUATION SHEET

| ITEM OR ENTRY | ☒ INCIDENT  ☐ INCIDENT AND ARREST  ☐ ARREST ONLY | ☐ FOLLOW-UP  ☐ TRAFFIC / COLLISION  ☐ SUPERFORM | ☐ OTHER: (specify) | PAGE  2  OF  3 |
|---|---|---|---|---|

number to the Van and wanted to gather all the information before reporting this incident. When asked if any other witness were involved he stated there were no other people in that part of the Mall parking lot. C/V stated after the incident he called for a taxi and drove to SeaTac Airport and gathered the information from Avis and rented a new vehicle. He stated while at the airport he called Port Of Seattle Police and they instructed him to go back to Seattle and call Seattle Police. When asked why it took him an hour and a half to call 911 he stated that he was afraid and did not want to anger the suspect that had already left the scene. C/V also stated that his cell phone was in the Van when it was taken, so he could not call 911.

The complainant and witness are staying at the Best Western located at 13700 Aurora AV N #322. They stated they would be staying the weekend and returning to British Columbia before Monday. I completed a Vehicle report.

This copy was prepared by the Seattle Police Department and may not be revealed to any other individual and/or agency or used for any other purpose than stated without the consent of the Seattle Police Department
Agency  1 S6          Date  11-29-06
Purpose

| INVESTIGATING OFFICER | SERIAL | UNIT | INVESTIGATING OFFICER | SERIAL | UNIT | APPROVING SUPERVISOR | SERIAL |
|---|---|---|---|---|---|---|---|
| I. MORAN | 6834 | 623 | | | | | 5716 |

Form 5.7.2 CSS 21.000  Rev. 9/01



**SEATTLE POLICE DEPARTMENT**

# PROPERTY REPORT

| INCIDENT NUMBER |
|---|
| 05-184253 |

VICTIM'S NAME (LAST, FIRST, MI)
**Fews, Brian Kenneth**

| ITEM NUMBER | ARTICLE TYPE | BRAND NAME | VALUE | DATA CENTER USE |
|---|---|---|---|---|
|  | **CELL PHONE** | **Unknown** | **Unknown** | ☐ REPORT |
| ☒ STOLEN / ☐ RECOVERED | SERIAL NUMBER **Unknown** | OWNER APPLIED NUMBER **none** | MODEL NUMBER **Unknown** | ☐ WACIC / ☐ NCIC |
| COLOR, SIZE, DESCRIPTION, CALIBER, BARREL LENGTH, ETC. **Phone number (604)703-3240** | | | | |

| ITEM NUMBER | ARTICLE TYPE | BRAND NAME | VALUE | DATA CENTER USE |
|---|---|---|---|---|
|  |  |  |  | ☐ REPORT |
| ☐ STOLEN / ☐ RECOVERED | SERIAL NUMBER | OWNER APPLIED NUMBER | MODEL NUMBER | ☐ WACIC / ☐ NCIC |
| COLOR, SIZE, DESCRIPTION, CALIBER, BARREL LENGTH, ETC. | | | | |

| ITEM NUMBER | ARTICLE TYPE | BRAND NAME | VALUE | DATA CENTER USE |
|---|---|---|---|---|
|  |  |  |  | ☐ REPORT |
| ☐ STOLEN / ☐ RECOVERED | SERIAL NUMBER | OWNER APPLIED NUMBER | MODEL NUMBER | ☐ WACIC / ☐ NCIC |
| COLOR, SIZE, DESCRIPTION, CALIBER, BARREL LENGTH, ETC. | | | | |

| ITEM NUMBER | ARTICLE TYPE | BRAND NAME | VALUE | DATA CENTER USE |
|---|---|---|---|---|
|  |  |  |  | ☐ REPORT |
| ☐ STOLEN / ☐ RECOVERED | SERIAL NUMBER | OWNER APPLIED NUMBER | MODEL NUMBER | ☐ WACIC / ☐ NCIC |
| COLOR, SIZE, DESCRIPTION, CALIBER, BARREL LENGTH, ETC. | | | | |

| ITEM NUMBER | ARTICLE TYPE | BRAND NAME | VALUE | DATA CENTER USE |
|---|---|---|---|---|
|  |  |  |  | ☐ REPORT |
| ☐ STOLEN / ☐ RECOVERED | SERIAL NUMBER | OWNER APPLIED NUMBER | MODEL NUMBER | ☐ WACIC / ☐ NCIC |
| COLOR, SIZE, DESCRIPTION, CALIBER, BARREL LENGTH, ETC. | | | | |

LIST BELOW ONLY ITEMS WITH NO IDENTIFYING FEATURE

This copy was prepared by the Seattle Police Department and may not be revealed to any other individual and/or agency or used for any other purpose than stated without the consent of the Seattle Police Department

Agency  1 c5        Date 11-29-06
Purpose

| INVESTIGATING OFFICER | SERIAL | UNIT | APPROVING SUPERVISOR | SERIAL | |
|---|---|---|---|---|---|
| J. Moran | 6834 | 623 |  | 5716 | Page 3 of 3 |

Form 6.37.1  CS21.614  Rev 12/97





