| | |
|---|---|
| 1 | Chief Judge Lasnik |

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | CR07-344RSL |
| v. ) | NOTICE OF FILING PAPER OR PHYSICAL MATERIALS WITH THE CLERK |
| CLAY ROUECHE, et al, ) | |
| Defendant. ) | |

COMES NOW the United States of America, by and through Jenny A. Durkan, United States Attorney for the Western District of Washington, and Susan M. Roe and Roger S. Rogoff, Assistant United States Attorneys for said District, and files this Notice of Filing Paper or Physical Materials with the Clerk.

Two of the Government's Sentencing Memorandum Exhibits are being filed in physical form (CD and DVD) with the Clerk's Office for the Western District of

//

//

//

Notice of Filing Paper or Physical Materials with the Clerk– Page 1
*U.S. v. Clay Roueche, et al.,* CR07-344RSL

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

Washington. The materials include Exhibit 1, *Overview of Roueche's Activities*, and Exhibit 2, *CFSEU E-Prada Disk*. The materials will remain in the Clerk's custody until appropriate disposition pursuant to the Local Rules of the Western District of Washington.

DATED this 27th day of October, 2009.

Respectfully submitted,

JENNY A. DURKAN
United States Attorney

*s/ Susan M. Roe*
SUSAN M. ROE
Assistant United States Attorney
WSBA 13000
United States Attorney's Office
700 Stewart, Suite 5220
Seattle, Washington 98101-1271
Telephone: (206) 553-1077
Fax: (206) 553-4440
E-mail: Susan.Roe@usdoj.gov

*s/ Roger S. Rogoff*
ROGER S. ROGOFF
Assistant United States Attorney
WSBA #23362
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Telephone: (206) 553-4330
Fax: (206) 553-4440
E-mail: Roger.Rogoff@usdoj.gov

Notice of Filing Paper or Physical Materials with the Clerk– Page 2
*U.S. v. Clay Roueche, et al.,* CR07-344RSL

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

# CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2009 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record for the defendant(s). I hereby certify that I have served the attorney(s) of record for the defendant(s) that are non CM/ECF participants via telefax.

I further certify that I have mailed, by United States Postal Service, the foregoing document, Notice of Filing Paper or Physical Materials with the Clerk, with a copy of the disks, to Todd Maybrown:

Todd Maybrown
Allen Hansen & Maybrown PS
600 University St. Ste 3020
Seattle, Washington 98101-4105

*s/Lindsay Erickson*
LINDSAY ERICKSON
Legal Assistant
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: (206) 553-4377
Fax: (206) 553-4440
E-mail: Lindsay.Erickson@usdoj.gov

Notice of Filing Paper or Physical Materials with the Clerk– Page 3
*U.S. v. Clay Roueche, et al.,* CR07-344RSL

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970