UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

                Plaintiff(s),

vs.

CLAYTON ROUECHE,

                Defendant(s).

No. CR07-344RSL

MINUTE ORDER

The following Minute Order is made and entered on the docket at the direction of the HONORABLE ROBERT S. LASNIK, UNITED STATES DISTRICT JUDGE:

The sentencing hearing for the above named defendant has been rescheduled from Thursday, November 5, 2009 to **Wednesday, December 16, 2009 at 1:30 p.m.** in courtroom 15106 before the Honorable Robert S. Lasnik, United States District Court Judge.

DATED this 29th day of October, 2009.

                                            s/Kerry Simonds
                                            by Kerry Simonds, Deputy Clerk
                                            To Robert S. Lasnik, Judge
                                            206-370-8519

Copy to the Court and Counsel

MINUTE ORDER