UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CLAYTON ROUECHE,<br><br>Defendant. | Case No. 2:07-CR-344-RSL<br><br>ORDER ON MOTION TO WITHDRAW COUNSEL OF RECORD |

This matter comes before the Court on defendant Clayton Roueche's "Motion to Withdraw Counsel of Record." Dkt. #406. Defendant's motion is GRANTED. Defendant is proceeding pro se on his new challenge. See Dkt. #407.

DATED this 5th day of March, 2019.

MW S Lasnik

Robert S. Lasnik
United States District Judge

ORDER ON MOTION TO WITHDRAW
COUNSEL OF RECORD - 1