The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>CLAYTON ROUECHE,<br><br>Defendant. | NO. CR07-344 RSL<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

The Court, having reviewed the Stipulated Motion of the Parties regarding a proposed briefing schedule for the motion for reduction in sentence hereby states that IT IS ORDERED that the motion be granted. The briefing schedule shall be as follow:

a. Any amended or supplement motion by counsel on behalf of the defendant shall be filed on or before May 17, 2021;

b. The government's response to the motion should be filed on or before May 31, 2021;

c. Any reply should then be filed on or before June 4, 2021 and the matter noted for that date.

DATED this __6th__ day of April, 2021.

*[signature]*

ROBERT S. LASNIK
United States District Court Judge

Presented by:

*/s/ Helen J. Brunner*
HELEN J. BRUNNER
Assistant United States Attorney

ORDER SETTING BRIEFING SCHEDULE/
*United States v. Roueche,* CR07-344 RSL - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970