UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>        vs.<br><br>CLAYTON ROUECHE,<br><br>                Defendant. | NO. CR07-344RSL<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME |

The Court having considered defendant's Motion for Extension of Time to file a reply to his Motion for Compassionate Release or in the Alternative, Reduction in Sentence;

The Court hereby GRANTS the Motion for Extension. The defendant shall file his reply no later than October 11, 2024. The Clerk of Court shall re-note the motion at Dkt. # 450 to October 11, 2024.

DATED this 30th day of September, 2024.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME